IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONNSERO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>A. K. SCRIBNER, Warden, et al.,<br><br>　　　　　Defendants. | 1:07-CV-00273-OWW-WMW-P<br><br>ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis and copies of his trust account statement pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a **certified** copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a **certified** copy of his trust account statement, **or** to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a **certified** copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   March 28, 2007**          　　/s/  **William M. Wunderlich**
j14hj0                                             　　UNITED STATES MAGISTRATE JUDGE