IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CONNSERO,

        Plaintiff,        1: 07 CV 0273 AWI WMW PC

  vs.                    ORDER RE MOTION (DOC 17)

A. SCRIBNER, et al.,

        Defendants.

      Plaintiff, a state prisoner proceeding pro se, filed this action against correctional officials challenging the conditions of his confinement. On June 3, 2008, an order was entered, adopting the findings and recommendations of the Magistrate Judge and dismissing this action for failure to state a claim upon which relief could be granted.

      On June 6, 2008, Plaintiff filed a motion titled as "relief for my personal property." Though long and rambling, it appears that Plaintiff is requesting a jury trial. Because this action has been dismissed, any request for a jury trial is moot.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a jury trial is denied as moot.

IT IS SO ORDERED.

Dated:   February 26, 2009         /s/  William M. Wunderlich
                                               UNITED STATES MAGISTRATE JUDGE